977 F.2d 569
 New Hampshire Insurance Co., Subrogee of FSB/Kelso, Foster,
Schermerhorn, Barnes, Inc., Hamilton Manor, International
Construction Corp., First National Bank, Hamilton Manor,
d/b/a University Center for Continuing Care
v.
Lowing Enterprises, Defazio Plumbing Service, Inc., Szeker
Electric, General Painting Company, Cooper (David),
Blackburn (Paul M., P.E.), Public Service Elec. & Gas Co.;
Public Serv. Elec. & Gas Co. v. FSB/ Kelson, Foster,
Schermerhorn, Barnes, Inc., Kelso
 NO. 92-5121
 United States Court of Appeals,
Third Circuit.
 Sept 29, 1992
 
 Appeal From: D.N.J., Thompson, J.
 
 
 1
 AFFIRMED.